UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**GLEN DEVLIN,**

    **PLAINTIFF**                                    **CASE NO.: 3:24-cv-01686-OAW**

**VERSUS**

                                                      **NOTICE OF MOTION**

**NATIONAL RAILROAD PASSENGER CORPORATION,**

    **DEFENDANTS**

PLEASE TAKE NOTICE that on a date to be determined by the Court, the undersigned attorney for Plaintiff Glen Devlin shall apply to the United Stated District Court for the Southern District of New York for an Order admitting W. Chad Stelly, Esq. *pro hac vice*.

In support hereof, Plaintiff shall rely upon the Affidavits of Marc T. Wietzke, Esq. and W. Chad Stelly, Esq. and the form of the proposed Order.

DATED: NASSAU, NEW YORK

                                                      /s/ *Marc T. Wietzke*

To:    Rachel S. Rubenstein, Esq.
           Landman Corsi Ballaine & Ford, P.C.
           One Gateway Center, 22nd Floor
           Newark, New Jersey 07102
           Tel: 973-623-2700
           Fax: 973-623-4496
           Email: rrubenstein@lcbf.com